IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU, | : |
| | : 2:13-cv-04323 (WY) |
| Plaintiff, | : |
| vs. | : |
| CHARTIS PROPERTY CASUALTY CO. | : |
| Defendant. | : |

### STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT

Plaintiff Julie Charbonneau and Defendant Chartis Property Casualty Co., by their undersigned attorneys, hereby stipulate and agree that the time within which Defendant shall answer, move or otherwise plead to the Complaint is hereby extended until and including September 20, 2013. This is the first such extension that the Plaintiff has granted and does not exceed 30 days.

_____
Darin J. McMullen, Esq.
Anderson Kill & Olick, P.C..
1600 Market St., Suite 2500
Philadelphia, PA 19103
267-216-2700
DMcMullen@andersonkill.com

*Attorneys for Plaintiff Julie Charbonneau*

_____
Stephen P. Chawaga, Esq.
McELROY DEUTSCH MULVANEY AND
  CARPENTER, LLP
1617 John F. Kennedy Blvd, Suite 1500
Philadelphia, PA 19103-1815
215-557-2900
schawaga@mdmc-law.com

*Attorneys for Defendant Chartis Property & Casualty Co.*

APPROVED BY THE COURT:

_____
The Hon. William H. Yohn, Jr.
8/15/13