IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CHARTIS PROPERTY CASUALTY CO.<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>No.: 13-4323 |

### ORDER

AND, NOW this _____ Day of _____, 2013, it is hereby

ORDERED that the application of  Finley T. Harckham , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

1

phidocs-67717.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Civil Action No.: 13-4323

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I.   APPLICANT'S STATEMENT

I, ___Finley T. Harckham___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York State | 06/18/1984 | 2104115 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S.D.C., Southern District of NY | 08/29/1989 | FH-8219 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., Western District of N.Y. | 06/21/2004 | FH-8219 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., District of Connecticut | 10/06/2006 | 26403 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Ninth Circuit | 03/16/2009 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., Northern District of N.Y. | 05/28/2009 | 512551 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Second Circuit | 03/22/2011 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S.D.C., Eastern District of N.Y. | 02/08/2012 | FH-8219 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

phidocs-67717.1

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     As co-counsel for Plaintiff Julie Charbonneau

_____
(Applicant's Signature)
Finley T. Harckham
8/8/13
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas, New York, NY  10020
212-278-1000

Sworn and subscribed before me this
___ day of August 2013

_____
Notary Public

HAZEL V. CHRISTOPHER
NOTARY PUBLIC, State of New York
No. 01CH6057347
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 16, 2015

3

II. **SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Finley T. Harckham___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darin McMullen | [signature] | 06/23/1999 | 78860 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

ANDERSON KILL & OLICK, P.C.
1600 Market Street
Philadelphia, PA  19103; tel: 267-216-2708

Sworn and subscribed before me this
12th day of Sept.   2013

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEANNINE M. FITZGERALD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2014

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARTIS PROPERTY CASUALTY CO.<br><br>                    Defendant. | CIVIL ACTION<br><br>No.: 13-4323 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ____ Finley T. Harckham ____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Stephen P. Chawaga, Esq.
McELROY DEUTSCH MULVANEY
AND CARPENTER, LLP
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103-1815

Stewart J. Greenleaf, Jr., Esq.
Henry F. Siedzikowski, Esq.
ELLIOTT GREENLEAF & SIEDZIKOWSKI, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

_____
Signature of Attorney
Darin McMullen
Name of Attorney
Julie Charbonneau
Name of Moving Party
09/12/2013
Date

5