IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU<br><br>    Plaintiff,<br><br>v.<br><br>CHARTIS PROPERTY CASUALTY CO.<br><br>    Defendant | Civil Action No. 2:13-cv-04323-WY |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Bruce W. Kauffman, Esq. (PA #4466) on behalf of Defendant, Chartis Property Casualty Company, without waiver of and expressly preserving all rights, defenses and claims.

                                                      Respectfully submitted,

| | |
|---|---|
| | */s/ Bruce W. Kauffman* |
| ELLIOTT GREENLEAF &<br>   SIEDZIKOWSKI, P.C. | BRUCE W. KAUFFMAN (PA #4466)<br>Union Meeting Corporate Center V<br>925 Harvest Drive, Suite 300<br>Blue Bell, PA 19422<br>(215) 977-1000<br>Counsel for Defendant,<br>Chartis Property Casualty Co. |

Dated: September 13, 2013

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> CHARTIS PROPERTY CASUALTY CO.: <br>     Defendant : <br>                                               : | Civil Action No. 2:13-cv-04323-WY |

## CERTIFICATE OF SERVICE

I hereby certify that I filed and served the foregoing on counsel of record using the CM/ECF system.

                                                                           Respectfully submitted,

ELLIOTT GREENLEAF &                    */s/ Bruce W. Kauffman*
SIEDZIKOWSKI, P.C.                        BRUCE W. KAUFFMAN (PA #4466)
                                                               Union Meeting Corporate Center V
                                                               925 Harvest Drive, Suite 300
                                                               Blue Bell, PA 19422
                                                               (215) 977-1000
                                                               Counsel for Defendant,
                                                               Chartis Property Casualty Co.

Dated: September 13, 2013