UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JULIE CHARBONNEAU                : Civil Action No: 2:13-cv-04323-WY
                                 :
            v.                   :
                                 :
CHARTIS PROPERTY CASUALTY CO.    :

DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party,_____
    in the above listed civil action does not have any parent corporation and
    publicly held corporation that owns 10% or more of its stock.

■   The nongovernmental corporate party, Chartis Property Casualty Co., in
    the above listed civil action has the following parent corporation(s) and
    publicly held corporation(s) that owns 10% or more of its stock:

AIG Property Casualty U.S.

October 2, 2013

_____
Stephen P. Chawaga
Counsel for Chartis Property Casualty Co.