IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU, <br><br> Plaintiff, <br><br> v. <br><br> CHARTIS PROPERTY CASUALTY CO. <br><br> Defendant. | CIVIL ACTION <br><br> No.: 13-04323 (WY) |

### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Julie Charbonneau and Defendant Chartis Property Casualty Co., by their undersigned attorneys, hereby stipulate and agree that the time within which Plaintiff shall file an opposition to Defendant's Motion to Dismiss is hereby extended until and including October 24, 2013. This is the first such extension that the Defendant has granted and does not exceed 30 days.

Darin J. McMullen, Esq.
Anderson Kill P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
267-216-2700
Dmcmullen@andersonkill.com

*Attorneys for Plaintiff, Julie Charbonneau*

Stewart J. Greenleaf, Jr.
Elliott Greenleaf & Siedzikowski, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
215-977-1000
sjgjr@elliottgreenleaf.com

*Attorneys for Defendant, Chartis Property Casualty Co.*

APPROVED BY THE COURT

The Hon. William H. Yohn, Jr.
10/7/13

phldocs-203329.1