# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JULIE CHARBONNEAU, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 13-4323 |
| v. : | |
| : | |
| CHARTIS PROPERTY CASUALTY CO., : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 26th day of March 2014, upon careful consideration of the motion to dismiss filed by defendant, Chartis Property Casualty Co., (Doc. # 9), plaintiff's response and defendants reply, it is hereby **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge