## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU, | CIVIL ACTION |
| Plaintiff, | |
| v. | No.: 13-4323 |
| CHARTIS PROPERTY CASUALTY CO. | |
| Defendant. | |

## ORDER

AND NOW, this _7_, day of _Oct._ , 2014, upon

consideration of Plaintiff's Motion for Leave to File a Sur-reply, Plaintiff's Motion is

GRANTED and Plaintiff's Sur-reply in Opposition to Summary Judgment may be filed

and docketed( Exhibit A attached to the motion).

BY THE COURT:

William H. Yohn, Jr.
United States District Court Judge