IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 2:13-cv-04323-WY |
| CHARTIS PROPERTY CASUALTY CO., | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _____Barbara A. Scheib_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. __2:13-cv-04323-WY__

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Barbara A. Scheib__ the undersigned, am an attorney who is not currently admitted to the bar of this court, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __850897__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Pennsylvania | 11/16/1998 | 82584 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S.D.C., Western District of Pa. | 11/17/1998 | 82584 |
| U.S.D.C., District of Colorado | 02/04/2005 | |
| U.S. Court of Appeals, Third Circuit | 05/02/2012 | |
| U.S. Court of Appeals, Sixth Circuit | 08/20/2007 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Grant Thornton LLP

_(Applicant's Signature)_

12/17/14
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cohen & Grigsby, P.C., 625 Liberty Avenue, Pittsburgh, PA   15222-3152
(412) 297-4947

Sworn and subscribed before me this

17th Day of December, 2014

_Julia E. Cocchiola_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Julia E. Cocchiola, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Aug. 23, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Barbara A. Scheib_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| _Anthony Cillo_ | _[signature]_ | _02/18/2004_ | _39687_ |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_Cohen & Grigsby, P.C., 625 Liberty Avenue, Pittsburgh, PA   15222-3152_

_(412) 297-4974_

Sworn and subscribed before me this

_17th_ Day of _December_, 2014

_[signature] Julia E Cocchiola_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Julia E. Cocchiola, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Aug. 23, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE CHARBONNEAU, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : |
| | : NO. 2:13-cv-04323-WY |
| CHARTIS PROPERTY CASUALTY CO., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Barbara A. Scheib, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was mailed today with postage prepaid to:

Stephen P. Chawaga, Esq.
McElroy Deutsch Mulvaney and Carpenter, LLP
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA   19103-1815

Finley T. Harckham, Esq.
Darin J. McMullen, Esq.
Matthew F. Putori, Esq.
Anderson Kill P.C.
1600 Market Street, Suite 2500
Philadelphia, PA   19103

Stewart J. Greenleaf, Jr., Esq.
Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive
Blue Bell, PA   19422

_____
Signature of Attorney
  Anthony Cillo
Name of Attorney

  Grant Thornton LLP
Name of Moving Party

  12/17/14
Date