IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JULIE CHARBONNEAU, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 13-4323 |
| v. | : | |
| | : | |
| CHARTIS PROPERTY CASUALTY CO., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW** this 30th day of June, 2015, upon consideration of defendant Chartis Property Casualty Company's renewed motion for summary judgment (Doc. No. 95), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED** and judgment is entered in favor of the defendant, Chartis Property Casualty Company, and against the plaintiff, Julie Charbonneau, on plaintiff's breach of contract, breach of the implied duty of good faith and fair dealing, bad faith in violation of 42 Pa. Cons. Stat. Ann. § 8371, and declaratory relief claims (Counts I, II, IV, and V);

2. The motion is **DENIED** as to Count III.

                                                    /s/ William H. Yohn Jr.
                                                    William H. Yohn Jr., Judge